Memorandum. The record, following appellant’s retrial, discloses overwhelming evidence to support the guilty verdict and the order of the Appellate Division should be affirmed. The evidence, quite apart from the oral and written admissions made by appellant, consisted of eyewitness testimony of his presence during and participation in the homicidal acts and events culmi
 
 *657
 
 nating in the victim’s death, as well as the evidence of the presence of appellant’s fingerprints at the scene; all of this, despite his alibi defense claiming he was blocks away from the scene at the time of the occurrence. We have also considered appellant’s contention that he was entitled to a hearing
 
 de novo
 
 as to the voluntariness of his confession and that a portion of the testimony presented by the prosecution violated the rule in
 
 Bruton
 
 v.
 
 United States
 
 (391 U. S. 123). As to this latter claim, the rule was not violated and, in any event, any such alleged error was not preserved for review. These contentions lack merit, as do appellant’s remaining claims.
 

 Chief Judge Bbeitel and Judges G-abbielli, Jones, Wachtleb, Rabin, Stevens and Witmeb
 
 *
 
 concur.
 

 Order affirmed in a memorandum.
 

 *
 

 Designated pursuant to section 2 of article YI of the State Constitution.